UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR TORRES,<br><br>                              Plaintiff,<br><br>    v.<br><br>DANIEL MAY, et al.,<br><br>                             Defendants. | Case No. 1:20-cv-00839-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 15) |

    The Court has considered Defendants' request for an extension of time to file a responsive pleading.  Good cause appearing, the Court grants the motion.  Defendants have until 21 days after the settlement conference, or, in the alternative, 21 days after Defendants opt out of early alternative dispute resolution, to file their responsive pleading in this case.

IT IS SO ORDERED.

    Dated:  **October 13, 2020**         /s/ *Erica P. Grosjean*
                                                                                UNITED STATES MAGISTRATE JUDGE

1