UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR TORRES,<br><br>                    Plaintiff,<br><br>    v.<br><br>DANIEL MAY, et al.,<br><br>                    Defendants. | Case No. 1:20-cv-00839-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE REPSONSIVE PLEADING<br><br>(ECF No. 19) |

The Court has read and considered Defendants' request for an extension of time. Good cause appearing, the Court shall grant the request. Defendants have an additional 18 days, up to and including December 4, 2020, to file their responsive pleading.

IT IS SO ORDERED.

Dated:  **November 16, 2020**          /s/ Erica P. Grosjean
                                                                             UNITED STATES MAGISTRATE JUDGE