1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                                  EASTERN DISTRICT OF CALIFORNIA

10

11    ARTHUR TORRES,                              Case No. 1:20-cv-00839-EPG (PC)

12                                    Plaintiff,   ORDER GRANTING DEFENDANTS'
                                                   REQUEST FOR EXTENSION OF TIME TO
13              v.                                 FILE REPLY TO OPPOSITION TO
                                                   MOTION TO DISMISS
14
      D. MAY, et al.,                             (ECF No. 23)
15
                                    Defendants.
16

17

18          The Court has read and considered Defendants' request for an extension of time to reply to

19    Plaintiff's opposition to Defendants' motion to dismiss (ECF No. 23).  Good cause appearing, IT

20    IS ORDERED that the motion is granted.  Defendants have an additional seven days, up to and

21    including January 13, 2021, to file a reply to Plaintiff's opposition.

22

23    IT IS SO ORDERED.

24       Dated:   **January 7, 2021**                    /s/ _Erica P. Grosjean_

25                                                UNITED STATES MAGISTRATE JUDGE

26

27

28

                                                    1