# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR TORRES,<br><br>       Plaintiff,<br><br>   v.<br><br>DANIEL MAY, et al.,<br><br>       Defendants. | Case No. 1:20-cv-00839-AWI-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF NOS. 21 & 28)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM<br><br>ORDER FOR CLERK TO CLOSE CASE |

   Arthur Torres ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   This case proceeds "on Plaintiff's Fourteenth Amendment due process claim against defendants May, Shimmin, and Frauenheim."  (ECF No. 9, p. 10).  On December 4, 2020, Defendants filed a motion to dismiss.  (ECF No. 21).  On March 8, 2021, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that "Defendants' motion to dismiss (ECF No. 21) be GRANTED," and that "[t]he Clerk of Court be directed to close this case."  (ECF No. 28, p. 11).

   The parties were provided an opportunity to file objections to the findings and recommendations.  The deadline to file objections has passed, and neither party has filed objections or otherwise responded to the findings and recommendations.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by Magistrate Judge Erica P. Grosjean on March 8, 2021 (Doc. No. 28), are ADOPTED IN FULL;
2. Defendants' motion to dismiss (ECF No. 21) is GRANTED;
3. This action is dismissed for failure to state a claim; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   April 16, 2021

SENIOR  DISTRICT  JUDGE